

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2022

No. 04-21-00372-CV

**EAGLE ROCK TIMBER, INC.,**
Appellant

v.

**ROCK HARD RENTAL, LLC** and Solid Rock Crushing, LLC,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 18992B
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellees' motion for extension of time to file appellees' brief is GRANTED. Appellees' brief is due May 3, 2022. **No further extensions will be granted.**

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2022.

MICHAEL A. CRUZ, Clerk of Court